The People of the State of New York, Respondent,
against
Omaru Jalloh, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Verna L. Saunders, J.), rendered June 5, 2013, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Verna L. Saunders, J.), rendered June 5, 2013, reversed, on the law, and accusatory instrument dismissed. 
Reversal of the judgment convicting defendant of disorderly conduct is mandated since, as the People concede, the allegations in the accusatory instrument were jurisdictionally insufficient to meet the elements of the charged crime. However, in the particular circumstances at issue and as the People request, the dismissal is without prejudice to reprosecution of the underlying offense under a new accusatory instrument (see CPL 470.20; see also People v Nuccio, 78 NY2d 102, 104 [1991]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: January 12, 2017